**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1172**

MOHAMMAD M. KARGARIAN,

Plaintiff - Appellant,

v.

PAPA JOHN'S PIZZA,

Defendant - Appellee,

and

ADAM SMITH, Store Manager, Papa John's Pizza; JOSHUA, Assistant Manager, Papa John's Pizza; TRAVIS, Assistant Manager, Papa John's Pizza,

Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:18-cv-00439-FDW-DCK)

Submitted:  June 16, 2020                    Decided:  June 18, 2020

Before MOTZ and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mohammad M. Kargarian, Appellant Pro Se. Elizabeth Howe Pratt, LITTLER MENDELSON PC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad M. Kargarian appeals the district court's order and judgment granting Defendant Papa John's Pizza's petition to confirm an arbitration award. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Kargarian v. Papa John's Pizza*, No. 3:18-cv-00439-FDW-DCK (W.D.N.C. Feb. 11, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3